**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZOUKA MADSOUD ROSEN, | ) No. CV 13-06229-AS |
| Plaintiff, | ) |
| v. | ) |
| | ) **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: June 16, 2015.

/s/<br>
ALKA SAGAR<br>
UNITED STATES MAGISTRATE JUDGE

1